IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )   CRIMINAL ACTION NO.
      v.                      )      2:99cr137-MHT
                              )        (WO)
JOHN THOMAS RILEY, JR.        )

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses.  Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence. Upon consideration of the recommendation of the Retroactivity Screening Panel entered April 19, 2016, and after an independent and de novo review of the record, it is ORDERED that defendant John Thomas Riley, Jr.'s motion for sentence reduction (doc. no. 1008) is denied. Defendant Riley is not eligible to receive a reduction in sentence pursuant to Amendment 782 because the

applicable guideline range has not changed since his last reduction and the court is without authority to reduce his sentence further.

DONE, this the 19th day of April, 2016.

__ /s/ Myron H. Thompson __
UNITED STATES DISTRICT JUDGE