IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:99cr137-MHT** |
| | ) | **(WO)** |
| **JOHN THOMAS RILEY, JR.** | ) | |

### ORDER

Because the court cannot consider under 18 U.S.C. § 3582(c)(2) the grounds raised in defendant John Thomas Riley, Jr.'s motion to reconsider the denial of his motion for sentence reduction, it is ORDERED that the motion to reconsider (doc. no. 1016) is denied.

DONE, this the 3rd day of May, 2016.

_____/s/ Myron H. Thompson_____
**UNITED STATES DISTRICT JUDGE**