IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:99cr137-MHT** |
| | ) | **(WO)** |
| **JOHN THOMAS RILEY, JR.** | ) | |

## ORDER

Based upon the representations made on the record on December 15, 2021, and by agreement of the parties, it is ORDERED that:

(1) The motion to reduce sentence (Doc. 1023) is granted, and the sentence for defendant John Thomas Riley, Jr. is reduced to time served (22 years, 3 months, and 22 days) (8,149 days).

(2) The motions for status update (Doc. 1033) and for ruling (Doc. 1034) are denied as moot.

DONE, this the 15th day of December, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**