IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:99cr137-MHT** |
| | ) | **(WO)** |
| **JOHN THOMAS RILEY, JR.** | ) | |

### ORDER

This case is before the court on defendant John Thomas Riley, Jr.'s motion for modification of his term of supervised release, in which he seeks early termination of his 12-month term of supervised release after successful completion of seven months. As the probation officer and the government correctly point out, the court is not legally authorized to terminate his term supervised release at this time, as one year has not yet passed. *See* 18 U.S.C. § 3583(e)(1). And, in any event, the court believes that Riley needs to be on supervised release for at least a year before his performance can be adequately assessed.

**Accordingly, it is ORDERED that the motion for modification of the term of supervised release (Doc. 1056) is denied.**

**DONE, this the 2nd day of August, 2022.**

                                       /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**